UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADRIENNE R PERRY,<br><br>               Plaintiff,<br><br>   v.<br><br>PRESIDENT JOSEPH BIDEN, et al.,<br><br>               Defendants. | CASE NO. 2:21-cv-01178-RSM<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and to the Honorable Ricardo S. Martinez.

DATED this 1st day of September, 2021.

                                                         BRIAN A. TSUCHIDA
                                                         United States Magistrate Judge